**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA    95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**TROY PALMER**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**-o0O0o-**

| | |
|---|---|
| **TROY PALMER,** | **No.    2:24-cv-002969-EFB** |
| **Plaintiff,** | |
| | **STIPULATION AND ~~[proposed]~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Leland Dudek, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 30, 2025.

    This is a first extension. Plaintiff's counsel already has three district court motions for summary judgment in Social Security cases due within the next 21 days pursuant to initial extensions and is currently finishing a Ninth Circuit reply brief.

[Pleading Title] - 1

1

2  Dated:   April 28, 2025                                    /s/    *Jesse S. Kaplan*

3                                                            JESSE S. KAPLAN
                                                            Attorney for Plaintiff
4

5

6  Dated:   April 29, 2025                                     */s/ per e-mail authorization*

7                                                            FRANCO L. BECIA
                                                            Special Assistant U.S. Attorney
8                                                            Attorney for Defendant

9

10

11                                              **ORDER**

12
        For good cause shown on the basis of this stipulation, the requested extension of
13
   plaintiff's time to file plaintiff's motion for summary judgment is extended to May 30, 2025.
14

15      SO ORDERED.

16  Dated: May 20, 2025

17                                                            EDMUND F. BRENNAN
                                                            UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28