JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**TROY PALMER**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| TROY PALMER, | No.   2:24-cv-002969-EFB |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Leland Dudek, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to June 10, 2025.

This is a second extension, and the need for it was unexpected. The first allowed plaintiff's counsel to redistribute a number of briefs over a longer time period, which would have fallen due impossibly close to one another otherwise. This second extension is caused by an error in doing

so, whereby one due brief was inadvertently omitted from that process. Also, a couple of significant events in counsel's life have and will have consumed a few days somewhat unexpectedly.

Dated:  May 29, 2025                                  /s/    *Jesse S. Kaplan*
                                                                            JESSE S. KAPLAN
                                                                            Attorney for Plaintiff


Dated:  May 29, 2025                                   */s/ per e-mail authorization*
                                                                            FRANCO L. BECIA
                                                                            Special Assistant U.S. Attorney
                                                                            Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to June 10, 2025.

SO ORDERED.

Dated: June 9, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE