**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**TROY PALMER**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **TROY PALMER,** | No.   2:24-cv-02969-EFB |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| **Frank Bisignano,** **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. _____/ | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to August 20, 2025.

   This would be a first extension, of less than two weeks, for this reply brief. The request is occasioned by plaintiff's counsel's need to distribute eight different opening and reply briefs over

1

a longer period of time than filings would directly dictate in order to have time to address them properly

Dated: August 8, 2025          /s/   *Jesse S. Kaplan*
                               JESSE S. KAPLAN
                               Attorney for Plaintiff

Dated: August 8, 2025           /s/ per e-mail authorization

                               JULIE A.K. CUMMINGS
                               Special Assistant U.S. Attorney
                               Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's reply brief is extended to August 20, 2025.

SO ORDERED.

Dated: August 11, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2